| CO. | FILE | DEPT. | CK VCHR. NO. | 062 |
|---|---|---|---|---|
| 2TE | 002196 | 000005 | 0000350103 | 1 |

# Earnings Statement



RUN ENERGY LP
5009 SOUTH DANVILLE
ABILENE, TX 79602

Period Beginning: 08/14/2023
Period Ending: 08/27/2023
Pay Date: 08/31/2023

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

MICHAEL S KERBER
1833 ANSON AVENUE
ABILENE TX 79603

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 62.00 | 1,364.00 | 1,364.00 |
| Overtime | 33.0000 | 7.00 | 231.00 | 231.00 |
| **Gross Pay** | | | **$1,595.00** | 1,595.00 |

**Deductions**   Statutory

| | | |
|---|---|---|
| Social Security Tax | -98.89 | 98.89 |
| Medicare Tax | -23.13 | 23.13 |
| **Net Pay** | **$1,472.98** | |
| Checking | -1,472.98 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,595.00

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 69.00 | |

**Important Notes**
YOUR COMPANY ER PHONE NUMBER IS (325) 795-1550

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
  TX:    No State Income Tax

© 2000 ADP, Inc.

RUN ENERGY LP
5009 SOUTH DANVILLE
ABILENE, TX 79602

Advice number: 00000350103
Pay date: 08/31/2023

Deposited to the account of
MICHAEL S KERBER

| account number | transit ABA | amount |
|---|---|---|
| XXXXX | XXXX XXXX | $1,472.98 |

THIS IS NOT A CHECK

# NON-NEGOTIABLE

| CO. | FILE | DEPT. | CK | VCHR. NO. | 062 |
|---|---|---|---|---|---|
| 2TE | 002196 | 000005 | | 0000370110 | 1 |

# Earnings Statement

ADP

RUN ENERGY LP
5009 SOUTH DANVILLE
ABILENE, TX 79602

Period Beginning: 08/28/2023
Period Ending: 09/10/2023
Pay Date: 09/14/2023

MICHAEL S KERBER
1833 ANSON AVENUE
ABILENE TX 79603

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 22.0000 | 77.00 | 1,694.00 | 3,058.00 |
| Overtime | 33.0000 | 5.00 | 165.00 | 396.00 |
| Gross Pay | | | $1,859.00 | 3,454.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -150.69 | 150.69 |
| | Social Security Tax | -115.26 | 214.15 |
| | Medicare Tax | -26.95 | 50.08 |
| Net Pay | | $1,566.10 | |
| | Checking | -1,566.10 | |
| Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Totl Hrs Worked | 82.00 | |

**Important Notes**
YOUR COMPANY ER PHONE NUMBER IS (325) 795-1550

BASIS OF PAY: HOURLY

**Additional Tax Withholding Information**
Exemptions/Allowances:
  TX:        No State Income Tax

Your federal taxable wages this period are
$1,859.00

© 2000 ADP, Inc.

RUN ENERGY LP
5009 SOUTH DANVILLE
ABILENE, TX 79602

Advice number: 00000370110
Pay date: 09/14/2023



| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| MICHAEL S KERBER | | XXXX XXXX | $1,566.10 |

# NON-NEGOTIABLE

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | KERBER MICHAEL SCOTT | * | E06 | 061101 | 16 | 260929 | AFANG | 3800 | CHK DT 230804 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 606.84 | FICA TAX | 46.42 | | | +TOT ENT | 606.84 |
| B | | | | | | -TOT DED | 46.42 |
| C | | | | | | -TOT ALMT | |
| D | | | | | | =NET AMT | 560.42 |
| E | | | | | | -CR FWR | |
| F | | | | | | =EOM PAY | |
| G | | | | | | DIEMS | RET PLAN |
| TOTAL | 606.84 | | 46.42 | | | | |

| FED TAXES | Wage Period 606.84 | Wage YTD 4247.88 | M/S/H S | Mult Jobs N | Dep 17 Under 03 | Other Dep 00 | Add'l Tax .00 | Other Deds .00 | Other Income .00 | Tax YTD 39.26 |
|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | Wage Period 606.84 | Soc Wage YTD 4247.88 | Soc Tax YTD 263.37 | Med Wage YTD 4247.88 | Med Tax YTD 61.59 | STATE TAXES St TX | Wage Period 606.84 | Wage YTD 4247.88 | M/S M | Ex 00 | Tax YTD .00 |
| PAY DATA | BAQ Type W DEP | BAQ Depn CHILD | VHA Zip 00000 | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC A | PACIDN |

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| ROTH PLAN | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions .00 | YTD TSP Deferred .00 | YTD TSP Exempt .00 | YTD ROTH .00 | YTD TSP AGCY-AUTO .00 | YTD TSP AGCY-MATCH .00 |
|---|---|---|---|---|---|---|
| CM AGCY CONTR | AGCY-AUTO .00 | AGC-MATCH .00 | | | | |

| LEAVE | BF Bal .5 | Ernd .0 | Used 0 | Cr Bal .5 | ETS Bal | Lv Lost .0 | Lv Paid .0 | Use/Lose .0 |
|---|---|---|---|---|---|---|---|---|

**REMARKS:**   YTD ENTITLE 4727.60   YTD DEDUCT 395.22

YOUR CHECK WAS SENT TO: JPMORGAN CHASE BANK, NA
DIRECT DEPOSIT DATE: 08/04/23   AMOUNT: $560.42
* AS OF 30 SEP 14, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 23: UTA 32 AFTP 00 PT/RMP 00 AT/ADT 008
FHDA 000
INACTIVE DUTY TRAINING  20 JUL 23 1  21 JUL 23 1  20 JUL 23 2
INACTIVE DUTY TRAINING  21 JUL 23 2
YOUR CURRENT STATE CLAIMED IS: TEXAS
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE: NONE

YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE:  NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE.  CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
FROM SEP THROUGH DEC 2020 WITHHOLDING OF THE SOCIAL SECURITY
PORTION OF YOUR FICA TAX WILL BE DEFERRED IF YOUR MONTHLY BASIC
PAY RATE IS LESS THAN $8,666.66. THE DEFERRED TAXES WILL BE
COLLECTED FROM JAN 1 THRU APR 30, 2021. FOR MORE INFO VISIT
HTTP://WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL/

WWW.DFAS.MIL

DFAS Form 702, Jan 02

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|  | KERBER MICHAEL SCOTT | * | E06 | 061101 | 16 | 260929 | AFANG | 3800 | CHK DT 230825 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 606.84 | FICA TAX | 46.42 | | | +TOT ENT | 606.84 |
| B | | | | | | -TOT DED | 46.42 |
| C | | | | | | -TOT ALMT | |
| D | | | | | | =NET AMT | 560.42 |
| E | | | | | | -CR FWR | |
| F | | | | | | =EOM PAY | |
| G | | | | | | DIEMS | RET PLAN |
| TOTAL | 606.84 | | 46.42 | | | | |

| | Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| FED TAXES | 606.84 | 4854.72 | S | N | 03 | 00 | .00 | .00 | .00 | 39.26 |

| | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | 606.84 | 4854.72 | 300.99 | 4854.72 | 70.39 |  | TX | 606.84 | 4854.72 | M | 00 | .00 |

| PAY DATA | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | W DEP | CHILD | 00000 | | | | | | | | | A | |

| TRADITIONAL PLAN (TSP) | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
|  | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| ROTH PLAN | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
|  | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|---|---|---|---|---|---|---|
|  | .00 | .00 | .00 | .00 | .00 | .00 |

| CM AGCY CONTR | AGCY-AUTO | AGC-MATCH | LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | .00 | .00 |  | .5 | .0 | 0 | .5 |  | .0 | .0 | .0 |

**REMARKS:**  YTD ENTITLE  5334.44    YTD DEDUCT  441.64

YOUR CHECK WAS SENT TO: JPMORGAN CHASE BANK, NA
DIRECT DEPOSIT DATE: 08/25/23  AMOUNT: $560.42
* AS OF 30 SEP 14, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 23: UTA 36 AFTP 00 PT/RMP 00 AT/ADT 008
FHDA 000
INACTIVE DUTY TRAINING  15 AUG 23 1  16 AUG 23 1  15 AUG 23 2
INACTIVE DUTY TRAINING  16 AUG 23 2
YOUR CURRENT STATE CLAIMED IS: TEXAS
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE:  NONE

YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE:  NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
FROM SEP THROUGH DEC 2020 WITHHOLDING OF THE SOCIAL SECURITY
PORTION OF YOUR FICA TAX WILL BE DEFERRED IF YOUR MONTHLY BASIC
PAY RATE IS LESS THAN $8,666.66. THE DEFERRED TAXES WILL BE
COLLECTED FROM JAN 1 THRU APR 30, 2021. FOR MORE INFO VISIT
HTTP://WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL/

WWW.DFAS.MIL

DFAS Form 702, Jan 02

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | KERBER MICHAEL SCOTT | * | E06 | 061101 | 16 | 260929 | AFANG | 3800 | CHK DT 230830 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 606.84 | FICA TAX | 46.43 | | | +TOT ENT | 606.84 |
| B | | | | | | -TOT DED | 46.43 |
| C | | | | | | -TOT ALMT | |
| D | | | | | | =NET AMT | 560.41 |
| E | | | | | | -CR FWR | |
| F | | | | | | =EOM PAY | |
| G-O | | | | | | DIEMS | RET PLAN |
| TOTAL | 606.84 | | 46.43 | | | | |

| FED TAXES | Wage Period 606.84 | Wage YTD 5461.56 | M/S/H S | Mult Jobs N | Dep 17 Under 03 | Other Dep 00 | Add'l Tax | Other Deds .00 | Other Income .00 | Tax YTD 39.26 |
|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | Wage Period 606.84 | Soc Wage YTD 5461.56 | Soc Tax YTD 338.62 | Med Wage YTD 5461.56 | Med Tax YTD 79.19 | STATE TAXES St TX | Wage Period 606.84 | Wage YTD 5461.56 | M/S M | Ex 00 | Tax YTD .00 |

| PAY DATA | BAQ Type W DEP | BAQ Depn CHILD | VHA Zip 00000 | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN A |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TRADITIONAL PLAN (TSP) | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |
|---|---|---|---|---|---|---|---|---|
| ROTH PLAN | Base Pay Rate 0 | Base Pay Current .00 | Spec Pay Rate 0 | Spec Pay Current .00 | Inc Pay Rate 0 | Inc Pay Current .00 | Bonus Pay Rate 0 | Bonus Pay Current .00 |

| CONTRIBUTIONS TOTALS | YTD Deductions .00 | YTD TSP Deferred .00 | YTD TSP Exempt .00 | YTD ROTH .00 | YTD TSP AGCY-AUTO .00 | YTD TSP AGCY-MATCH .00 |
|---|---|---|---|---|---|---|

| CM AGCY CONTR | AGCY-AUTO .00 | AGC-MATCH .00 | LEAVE | BF Bal .5 | Ernd .0 | Used 0 | Cr Bal .5 | ETS Bal | Lv Lost .0 | Lv Paid .0 | Use/Lose .0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**REMARKS:**    YTD ENTITLE 5941.28    YTD DEDUCT 488.07

YOUR CHECK WAS SENT TO: JPMORGAN CHASE BANK, NA
DIRECT DEPOSIT DATE: 08/30/23  AMOUNT: $560.41
* AS OF 30 SEP 14, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 23: UTA 40 AFTP 00 PT/RMP 00 AT/ADT 008
FHDA 000
INACTIVE DUTY TRAINING  18 AUG 23 1  17 AUG 23 1  17 AUG 23 2
INACTIVE DUTY TRAINING  18 AUG 23 2
YOUR CURRENT STATE CLAIMED IS: TEXAS
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE:  NONE

YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE:  NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME
TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM
2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
FROM SEP THROUGH DEC 2020 WITHHOLDING OF THE SOCIAL SECURITY
PORTION OF YOUR FICA TAX WILL BE DEFERRED IF YOUR MONTHLY BASIC
PAY RATE IS LESS THAN $8,666.66. THE DEFERRED TAXES WILL BE
COLLECTED FROM JAN 1 THRU APR 30, 2021. FOR MORE INFO VISIT
HTTP://WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL/

WWW.DFAS.MIL

DFAS Form 702, Jan 02

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
|  | KERBER MICHAEL SCOTT |  | E06 | 061101 | 16 | 260929 | AFANG | 3800 | CHK DT 230906 |

| ENTITLEMENTS | | DEDUCTIONS | | ALLOTMENTS | | SUMMARY | |
|---|---|---|---|---|---|---|---|
| Type | Amount | Type | Amount | Type | Amount | +Amt Fwd | |
| A BASIC PAY | 455.13 | FICA TAX | 34.81 | | | +TOT ENT | 455.13 |
| B | | | | | | -TOT DED | 34.81 |
| C | | | | | | -TOT ALMT | |
| D | | | | | | =NET AMT | 420.32 |
| E | | | | | | -CR FWR | |
| F | | | | | | =EOM PAY | |
| G | | | | | | DIEMS | RET PLAN |
| TOTAL | 455.13 | | 34.81 | | | | |

| | Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|
| FED TAXES | 455.13 | 5916.69 | S | N | 03 | 00 | | .00 | .00 | 39.26 |

| | Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD | STATE TAXES | St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FICA TAXES | 455.13 | 5916.69 | 366.83 | 5916.69 | 85.79 | | TX | 455.13 | 5916.69 | M | 00 | .00 |

| | BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PAY DATA | W DEP | CHILD | 00000 | | | | | | | | | A | |

| | Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|---|
| TRADITIONAL PLAN (TSP) | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |
| ROTH PLAN | 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

| | YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|---|---|---|---|---|---|---|
| CONTRIBUTIONS TOTALS | .00 | .00 | .00 | .00 | .00 | .00 |

| | AGCY-AUTO | AGC-MATCH | LEAVE | BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM AGCY CONTR | .00 | .00 | | .5 | .0 | 0 | .5 | | .0 | .0 | .0 |

**REMARKS:**  YTD ENTITLE 6396.41   YTD DEDUCT 522.88

YOUR CHECK WAS SENT TO: JPMORGAN CHASE BANK, NA
DIRECT DEPOSIT DATE: 09/06/23  AMOUNT: $420.32
* AS OF 30 SEP 14, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED
SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 23: UTA 43 AFTP 00 PT/RMP 00 AT/ADT 008
FHDA 000
INACTIVE DUTY TRAINING  26 AUG 23 1  27 AUG 23 1  27 AUG 23 2
YOUR CURRENT STATE CLAIMED IS: TEXAS
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE:  NONE
YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)

SPOUSE SGLI COVERAGE:  NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM 2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
FROM SEP THROUGH DEC 2020 WITHHOLDING OF THE SOCIAL SECURITY PORTION OF YOUR FICA TAX WILL BE DEFERRED IF YOUR MONTHLY BASIC PAY RATE IS LESS THAN $8,666.66. THE DEFERRED TAXES WILL BE COLLECTED FROM JAN 1 THRU APR 30, 2021. FOR MORE INFO VISIT HTTP://WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL/

WWW.DFAS.MIL

DFAS Form 702, Jan 02

# DEFENSE FINANCE AND ACCOUNTING SERVICE MILITARY LEAVE AND EARNINGS STATEMENT

| ID | NAME (Last, First, MI) | SOC. SEC. NO. | GRADE | PAY DATE | YRS SVC | ETS | BRANCH | ADSN/DSSN | PERIOD COVERED |
|---|---|---|---|---|---|---|---|---|---|
| | KERBER MICHAEL SCOTT | * | E06 | 061101 | 16 | 260929 | AFANG | 3800 | CHK DT 230927 |

## ENTITLEMENTS / DEDUCTIONS / ALLOTMENTS / SUMMARY

| | Entitlement Type | Amount | Deduction Type | Amount | Allotment Type | Amount | Summary | Amount |
|---|---|---|---|---|---|---|---|---|
| A | BASIC PAY | 606.84 | FICA TAX | 46.43 | | | +Amt Fwd | |
| B | | | | | | | +TOT ENT | 606.84 |
| C | | | | | | | -TOT DED | 46.43 |
| D | | | | | | | -TOT ALMT | |
| E | | | | | | | =NET AMT | 560.41 |
| F | | | | | | | -CR FWR | |
| G | | | | | | | =EOM PAY | |
| H-O | | | | | | | DIEMS / RET PLAN | |
| | TOTAL | 606.84 | | 46.43 | | | | |

### FED TAXES
| Wage Period | Wage YTD | M/S/H | Mult Jobs | Dep 17 Under | Other Dep | Add'l Tax | Other Deds | Other Income | Tax YTD |
|---|---|---|---|---|---|---|---|---|---|
| 606.84 | 6523.53 | S | N | 02 | 00 | .00 | .00 | .00 | 39.26 |

### FICA TAXES
| Wage Period | Soc Wage YTD | Soc Tax YTD | Med Wage YTD | Med Tax YTD |
|---|---|---|---|---|
| 606.84 | 6523.53 | 404.46 | 6523.53 | 94.59 |

### STATE TAXES
| St | Wage Period | Wage YTD | M/S | Ex | Tax YTD |
|---|---|---|---|---|---|
| TX | 606.84 | 6523.53 | M | 00 | .00 |

### PAY DATA
| BAQ Type | BAQ Depn | VHA Zip | Rent Amt | Share | Stat | JFTR | Depns | 2D JFTR | BAS Type | Charity YTD | TPC | PACIDN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W DEP | CHILD | 00000 | | | | | | | | | A | |

### TRADITIONAL PLAN (TSP)
| Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|
| 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

### ROTH PLAN
| Base Pay Rate | Base Pay Current | Spec Pay Rate | Spec Pay Current | Inc Pay Rate | Inc Pay Current | Bonus Pay Rate | Bonus Pay Current |
|---|---|---|---|---|---|---|---|
| 0 | .00 | 0 | .00 | 0 | .00 | 0 | .00 |

### CONTRIBUTIONS TOTALS
| YTD Deductions | YTD TSP Deferred | YTD TSP Exempt | YTD ROTH | YTD TSP AGCY-AUTO | YTD TSP AGCY-MATCH |
|---|---|---|---|---|---|
| .00 | .00 | .00 | .00 | .00 | .00 |

### CM AGCY CONTR
| AGCY-AUTO | AGC-MATCH |
|---|---|
| .00 | .00 |

### LEAVE
| BF Bal | Ernd | Used | Cr Bal | ETS Bal | Lv Lost | Lv Paid | Use/Lose |
|---|---|---|---|---|---|---|---|
| .5 | .0 | 0 | .0 | | .0 | .5 | .0 |

**REMARKS:**   YTD ENTITLE 7003.25    YTD DEDUCT 569.31

YOUR CHECK WAS SENT TO: JPMORGAN CHASE BANK, NA
DIRECT DEPOSIT DATE: 09/27/23   AMOUNT: $560.41
* AS OF 30 SEP 14, 000 HIGH TEMPO DEPLOYMENT DAYS ACCRUED SINCE 1 OCT 00 (OR SINCE ENTERING MILITARY SERVICE)
TOTAL PERFORMANCE FY 23: UTA 47 AFTP 00 PT/RMP 00 AT/ADT 008 FHDA 000
INACTIVE DUTY TRAINING   14 SEP 23 1   15 SEP 23 1   14 SEP 23 2
INACTIVE DUTY TRAINING   15 SEP 23 2
YOUR CURRENT STATE CLAIMED IS: TEXAS
SERVICEMEMBER GROUP LIFE INSURANCE COVERAGE:   NONE

YOUR SGLI DEDUCTION INCLUDES TRAUMATIC INJURY PROTECTION (TSGLI)
SPOUSE SGLI COVERAGE:   NONE
PLEASE VERIFY YOUR STATE OF LEGAL RESIDENCE FOR STATE INCOME TAX PURPOSE. CONTACT YOUR PAYROLL OFFICE TO FILE A NEW DD FORM 2058 TO CHANGE/ESTABLISH THE CORRECT STATE IMMEDIATELY.
FROM SEP THROUGH DEC 2020 WITHHOLDING OF THE SOCIAL SECURITY PORTION OF YOUR FICA TAX WILL BE DEFERRED IF YOUR MONTHLY BASIC PAY RATE IS LESS THAN $8,666.66. THE DEFERRED TAXES WILL BE COLLECTED FROM JAN 1 THRU APR 30, 2021. FOR MORE INFO VISIT HTTP://WWW.DFAS.MIL/TAXES/SOCIAL-SECURITY-DEFERRAL/

WWW.DFAS.MIL

DFAS Form 702, Jan 02