

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

**THE DATE OF ENTRY IS ON THE COURT'S DOCKET**

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed February 23, 2024**

_____
**United States Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10142- RLJ-7 |
| | § | |
| MICHAEL SCOTT KERBER | § | |
| | § | |
| DEBTOR | § | CHAPTER 7 |

ORDER REOPENING CHAPTER 7 CASE PURSUANT TO 11U.S.C. §350(b)

CAME ON FOR CONSIDERATION, Debtor's *Motion To Reopen Chapter 7 Bankruptcy Case Pursuant to 11 U.S.C. §350(b)*. The Court, having considered the merits of the Motion, finds that there is sufficient cause to reopen Debtor's Chapter 7 Bankruptcy case to allow the entry of amended schedules. It is therefore:

ORDERED that the Debtor's Chapter 7 case is reopened.

# # # END OF ORDER # # #

Order Prepared by:

Della J. Durham
State Bar No. 24002025
The Law Office of Della J. Durham, P.C.
P.O. Box 3695
Abilene, TX 79604